| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Mindy Sue Skyles |
| Debtor 2 (Spouse , if filing) | |
| United States Bankruptcy Court for the District of Utah | |
| Case number | 20-25985 KRA |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor**: US Bank Trust N.A., as Trustee of the Igloo Series III Trust

**Court Claim No.** (if known): 14

**Last four digits** of any number you use to identify the debtor's account:  0704

**Does this notice supplement a prior notice of postpetition fees, expenses and charges?**

☐ No

☒ Yes. Date of Last Notice: 12/29/2020

### Part 1: Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney's fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of Claim fees | | (5) | $0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. | Property Inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | Tooele County Property tax (Paid 11/03/2020) | (8) | $1,649.42 |
| 9. | Insurance advances (non-escrow) | United Insurance (Paid 01/16/2021) | (9) | $571.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $0.00 |
| 11. | Other. Specify: _____ | | (11) | $0.00 |
| 12. | Other. Specify: _____ | | (12) | $0.00 |
| 13. | Other. Specify: _____ | | (13) | $0.00 |
| 14. | Other. Specify: _____ | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Mindy Sue Skyles | | Case Number (if known) | 20-25985 KRA |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

X /s/ Armand J. Howell
Signature

Date: 04/29/2021

Print: Armand J. Howell
First Name   Middle Name   Last Name

Title: Attorney at Law

Company: Halliday, Watkins & Mann, P.C.

376 East 400 South, Suite 300
Number        Street

Salt Lake City, UT 84111
City           State        Zip

Contact Phone: 801-355-2886

Email: info@hwmlawfirm.com

## **MAILING CERTIFICATE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Post-Petition Mortgage Fees, Expenses, and Charges was mailed by first class mail, postage prepaid, or via ECF, this 29th day of April, 2021, to each of the following:

Mindy Sue Skyles
964 Southwest Drive
Tooele, UT 84074
Debtor

United States Trustee
Via ECF

Michael J. Reed
Via ECF
Debtor's Attorney

Michael Watton
Via ECF
Debtor's Attorney

Lon Jenkins
Via ECF
Chapter 13 Trustee

　　　/s/ Armand J. Howell
　　　Armand J. Howell